**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RONITA ELLIOT,<br>Plaintiff, | :<br>: | CIVIL CASE NO.<br>3:23-cv-00879-VAB |
| | : | |
| VS. | : | |
| | : | |
| AVANGRID MANAGEMENT<br>COMPANY<br>Defendant. | :<br>:<br>: | SEPTEMBER 2, 2025 |

**NOTICE OF APPEAL**

1. Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, the plaintiff, RONITA ELLIOT, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment: Final Judgment of the United States District Court for the District of Connecticut granting the motion for summary judgment in favor of the defendant, Avangrid Management Company, on the plaintiff's Age Discrimination in Employment Act claims and declining to exercise jurisdiction over the plaintiff's Connecticut Fair Employment Practices Act claims.

2. The Ruling granting the defendant's motion for summary judgment was entered on August 8, 2025. The Judgment in this action was entered on August 14, 2025.

THE PLAINTIFF – RONITA ELLIOT

BY: /s/Thomas W. Bucci
Thomas W. Bucci
Fed. Bar #ct07805
Willinger, Willinger & Bucci, P.C.
1000 Bridgeport Avenue
Ste 5th Floor Suite 501
Shelton, CT 06484
203-366-3939
Fax: 475-269-2907
Email: thomaswbucci@outlook.com

**CERTIFICATION**

I hereby certify that on September 2, 2025, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Thomas W. Bucci
Thomas W. Bucci